

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00600-CV

**IN THE MATTER OF D.E.**, a Child

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-JUV-00058
Honorable Laura Parker, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 12, 2013.

_____
Luz Elena D. Chapa, Justice